THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARRY JAFFE, Appellant, *v.* EDGAR S. JENNINGS, as Warden of Auburn State Prison, Respondent.

(Argued May 9, 1930; decided June 3, 1930.)

*August Becker* and *Charles E. Doane* for appellant.

*Hamilton Ward,* Attorney-General (*Almon W. Burrell* of counsel), for respondent.

Order affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.